IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACKIE NICHOLAS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-30

MEDICAL DEPARTMENT, ET
AL.,

     Appellee.

_____/

Opinion filed November 13, 2014.

An appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

Jackie Nicholas, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Antony D. Constantini, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.